UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RALPH DUNUAN, | ) | CASE NO. C08-0147-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | SECOND MOTION FOR EXTENSION |
| DOUG WADDINGTON, | ) | OF TIME TO FILE A RESPONSE TO |
| | ) | RESPONDENT'S MOTION TO |
| Respondent. | ) | DISMISS |
| | ) | |

This matter comes before the Court on Petitioner's second motion for extension of time, wherein he requests a 15-day extension of time to file a response to Respondent's motion to dismiss because Petitioner was placed in administrative segregation one week after the Court granted his previous motion, and there has been a delay in receiving his legal material from the WSR property room.  In support of the motion, Petitioner has submitted copies of two kites showing his efforts to obtain the legal materials.  Having reviewed Petitioner's motion for extension of time and the balance of the record, the Court does hereby find and ORDER:

(1) Petitioner's second Motion for Extension of Time (Dkt. #14) is GRANTED. Petitioner shall file and serve his response to Respondent's motion to dismiss no later than **May

ORDER GRANTING PETITIONER'S SECOND
MOTION FOR EXTENSION OF TIME
PAGE -1

**27, 2008. No further extensions of time to file a response to the motion to dismiss will be granted in this matter.**

(2)   The Clerk is directed to re-note Respondent's Motion to Dismiss (Dkt. #10) for May 30, 2008.

(3)   The Clerk shall send a copy of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 21st day of May, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge